Mester and Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

**ATTORNEY FOR CREDITOR: CONSUMER PORTFOLIO SERVICES**

**IN THE BANKRUPTCY COURT FOR THE
DISTRICT OF NEW JERSEY (CAMDEN)
HONORABLE JERROLD N. POSLUSNY, JR.**

| | |
|---|---|
| In re: | Case No. 17-28396-JNP |
| MATTHEW WINELAND, | |
| Debtor, | Chapter 13 |
| | Hearing Date: |

CERTIFICATION IN SUPPORT OF MOTION OF CONSUMER PORTFOLIO SERVICES
FOR RELIEF FROM THE AUTOMATIC STAY

Daniela Garret certifies as follows:

1. I am employed by Consumer Portfolio Services, ("CPS") and am familiar with the facts of this case.

2. On April 30, 2016, Debtor executed a Retail Installment Sale Contract for the purchase of a 2009 BMW 3 Series Sedan 4D 335xi AWD 3.0L I6 Turbo VIN WBAPL33579A407171 (the "Vehicle"). CPS has a security interest in the Vehicle, copies of the Contract and Title are attached hereto as Exhibits A and B, respectively.

3. The payoff under the contract as of January, 2018 is $14,848.01, which includes interest at 18.45%.

4. The Contract requires 60 monthly payments in the amount of $413.41, with the payments due on the 30th of each month.

5. The existing delinquency under the Contract is $2024.31. A copy of the payment history is attached hereto as Exhibit C.

6. The N.A.D.A. value for the Vehicle is $11,100. A true and correct copy of a printout showing that value is attached hereto as Exhibit D. Therefore, there is no equity in the Vehicle.

7. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 1/17/18

_____
Daniela Garret
Bankruptcy Representative